## Commonwealth *v.* Pristas, Appellant.

Argued April 10, 1973. *John J. Dean,* Assistant Public Defender, with him *John R. Cook,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant. *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ratley, Appellant.

Argued April 11, 1973. *S. Ferito,* with him *William D. Phillips,* for appellant; *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.